UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARK P. GALLAGHER, ) | |
| ) | |
| Plaintiff, ) | Case No. CV 07-5688 AJW |
| ) | |
| v. ) | J U D G M E N T |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**IT IS ADJUDGED** that the Commissioner's decision is reversed, and this case is remanded to the Commissioner for an award of benefits consistent with the memorandum of decision filed concurrently herewith.

DATED: January 6, 2009

_____
ANDREW J. WISTRICH
United States Magistrate Judge